IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANNETTE HELLER, individually and on behalf of all others similarly-situated,

    Plaintiff,

v.

HRB TAX GROUP, INC.,

    Defendant.

Case No. 4:11-cv-01121

## PLAINTIFF'S MOTION TO CLOSE CASE

Pursuant to this Court's order of August 9, 2013 this Court retained jurisdiction over this matter, for 90 days, or until November 7, 2013. All of the obligations set forth in the Court's order of August 9, 2013 have been satisfied. Consequently, this matter can be closed and plaintiff requests that the court do so.

    /s/ Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P:  (636) 536-7022
F:  (636) 536-6652
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2012, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendant, Glennon P. Fogarty, #42983MO, Husch Blackwell LLP, 190 Carondelet Plaza, Ste 600, St. Louis MO 63105, P: 314-480-1912, F: 314-480-1505, Email: glennon.fogarty@huschblackwell.com and Bruce A. Moothart, #45517, Husch Black Well, LLP, 4801 Main, Suite 1000, Kansas City, MO 64112, P: 816-983-8000, F: 816-983-8080, Email: bruce.moothart@huschblackwell.com.

    /s/ Max G. Margulis

KCP-4419001-1   1